# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:  ANTHONY T STOUDEMIRE  §  Case No.: 07-14500
        LAQUETTE S STOUDEMIRE §

        Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/10/2007.

2) This case was confirmed on 11/01/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/26/2010.

5) The case was dismissed on 07/28/2010.

6) Number of months from filing to the last payment: 35

7) Number of months case was pending: 45

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   16,200.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 10,440.26 |
| Less amount refunded to debtor | $ 373.09 |
| **NET RECEIPTS** | $ 10,067.17 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,474.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 724.26 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,198.26 |
| Attorney fees paid and disclosed by debtor | $ 26.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE | UNSECURED | 912.00 | 912.02 | 912.02 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 661.00 | 661.42 | 661.42 | .00 | .00 |
| WELLS FARGO AUTO FIN | SECURED | 8,325.00 | 7,029.56 | 7,029.56 | 4,457.42 | 1,104.08 |
| WELLS FARGO AUTO FIN | OTHER | NA | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 172.00 | 242.52 | 242.52 | .00 | .00 |
| ALISON BLAINE | UNSECURED | 735.00 | NA | NA | .00 | .00 |
| ALISON BLAINE | OTHER | NA | NA | NA | .00 | .00 |
| AMERICAN CREDIT | UNSECURED | 12,486.24 | NA | NA | .00 | .00 |
| AMERICAN FAMILY INSU | UNSECURED | 28.00 | NA | NA | .00 | .00 |
| AMERICAN MEDICAL COL | UNSECURED | 223.92 | NA | NA | .00 | .00 |
| AMERICAN MEDICAL COL | UNSECURED | 224.00 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 9,403.00 | NA | NA | .00 | .00 |
| ARLINGTON RIDGE PATH | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| BALABAN FURNITURE | UNSECURED | 2,838.00 | NA | NA | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| CASH TO GO | UNSECURED | 1,068.01 | NA | NA | .00 | .00 |
| CASH TO GO | OTHER | NA | NA | NA | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 1,550.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 391.00 | NA | NA | .00 | .00 |
| COLUMBUS BANK & TRUS | OTHER | NA | NA | NA | .00 | .00 |
| COMCAST | OTHER | NA | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,387.00 | 1,431.19 | 1,431.19 | 17.11 | .00 |
| CONDELL MEDICAL CENT | UNSECURED | 316.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CORPORATE AMERICA FA | UNSECURED | 1,484.00 | 1,469.68 | 1,469.68 | 17.56 | .00 |
| CORPORATE AMERICA FA | UNSECURED | 1,312.00 | 1,312.17 | 1,312.17 | 15.69 | .00 |
| E-Z CASH USA | UNSECURED | 735.00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 325.00 | 303.00 | 303.00 | .00 | .00 |
| FAHEY MEDICAL CENTER | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| FIRST PREMIER | UNSECURED | 597.00 | NA | NA | .00 | .00 |
| FIRST PREMIER | UNSECURED | 142.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | NA | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | NA | NA | NA | .00 | .00 |
| GEMB/PEACH DIRECT | OTHER | NA | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,875.00 | 1,875.05 | 1,875.05 | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,254.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | OTHER | NA | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | OTHER | NA | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,800.00 | NA | NA | .00 | .00 |
| GREATER NORTHWEST ME | UNSECURED | 29.00 | NA | NA | .00 | .00 |
| HOLY FAMILY MEDICAL | UNSECURED | 32.62 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,757.00 | 1,325.43 | 1,325.43 | 15.83 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,274.00 | 1,422.64 | 1,422.64 | 17.00 | .00 |
| LAKE COUNTY PHYSCIAL | UNSECURED | 113.00 | NA | NA | .00 | .00 |
| LAKE COUNTY RADIOLOG | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | 1,399.00 | NA | NA | .00 | .00 |
| MIDWEST FOOT & ANKLE | UNSECURED | 591.00 | 591.50 | 591.50 | .00 | .00 |
| MIDWEST FOOT & ANKLE | UNSECURED | 211.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 205.38 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 124.00 | NA | NA | .00 | .00 |
| NORTHWEST MEDICAL CL | UNSECURED | 29.00 | NA | NA | .00 | .00 |
| PARAG THAKKAR | UNSECURED | 24.33 | NA | NA | .00 | .00 |
| A PHYSICIAN ANESTHES | UNSECURED | 84.50 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS IN | UNSECURED | 10.35 | NA | NA | .00 | .00 |
| RAND IMAGING CENTER | UNSECURED | 62.40 | NA | NA | .00 | .00 |
| RANEL IMAGING CENTER | UNSECURED | 32.31 | NA | NA | .00 | .00 |
| SCOTT D GLAZIER | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| JAMES T CHESLOCK | UNSECURED | 553.00 | 552.00 | 552.00 | .00 | .00 |
| SOCIAL SECURITY | UNSECURED | 47,749.00 | NA | NA | .00 | .00 |
| SUBURBAN SURGICAL CA | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 560.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 201.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| VILLAGE OF ARLINGTON | OTHER | NA | NA | NA | .00 | .00 |
| WOMENS CARE | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | NA | 4,110.10 | 4,110.10 | 49.11 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT OF REV | PRIORITY | NA | 175.11 | 175.11 | 175.11 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 17.30 | 17.30 | .00 | .00 |
| GREAT AMERICAN FINAN | SECURED | NA | 132.44 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 7,029.56 | 4,457.42 | 1,104.08 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 7,029.56 | 4,457.42 | 1,104.08 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 175.11 | 175.11 | .00 |
| **TOTAL PRIORITY:** | 175.11 | 175.11 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,226.02 | 132.30 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,198.26 |
| Disbursements to Creditors | $ | 5,868.91 |
| **TOTAL DISBURSEMENTS:** | $ | 10,067.17 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   05/09/2011                                         /s/ Tom Vaughn
                                                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**